MJC:maz 95490 \Pleadings\95490 17b Our MTC Resp to RFP 10-15-26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JESUS RAMOS | : | |
| | : | |
| VS. | : | C.A. NO. 1:25-cv-00227-JJM-PAS |
| | : | |
| CITY OF PROVIDENCE, ET AL | : | |

**DEFENDANTS (INDIVIDUAL OFFICERS) MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS FROM PLAINTIFF**

Now come the defendants, Place, Najarian, Lugo, Jones and Kanelopoulos, and move to overrule the plaintiff's objections and/or otherwise compel production of documents requested in their request for documents dated December 4, 2025, as more particularly set out below.

Your defendants seek to compel production of those documents requested in one of the request for documents (number 12), issued by said defendants to the plaintiff. The request and the plaintiff's response thereto is reproduced herein, along with the specific information your defendant is seeking and the justification therefor. Because request number 12 referenced a police report as Exhibit A, the same is attached hereto as Exhibit A.

12. All charging documents, discovery materials and disposition documents stemming and/or arising from that arrest of the plaintiff on August 3, 2023, as depicted in the police report attached hereto as Exhibit A.

**OBJECTION**: *Plaintiff hereby objects to this request and cites R.I. Gen. Laws § 12-1-12, which, together with the absence on the RI Judiciary's Public Portal of any case related to the arrest mentioned herein, creates the inference that any prosecution stemming therefrom resulted in either an acquittal or other exoneration, absent evidence to the contrary. Plaintiff further cautions that by violating the statutory requirements related to the destruction or sealing of records set forth therein, Defendants may be subject to fines up to one hundred dollars ($100) pursuant to subsection (a)(3) of said statute. Plaintiff also objects on the grounds that this interrogatory has* ***zero*** *relevance to the claims and defenses at issue in this civil action, and any responses have* ***zero*** *possibility of leading to admissible evidence, and so avers that proportionality and burden prevail.*

**RESPONSE No. 12:** See objection.

**INFORMATION SOUGHT**: Your defendants seek to overrule the plaintiff's objection and compel production of any materials and records that the plaintiff has relating to the referenced arrest. No such information is available via the public portal. The plaintiff suggests that the same may be due to the Sealing of Records Statute, R.I.G.L. § 12-1-12. The plaintiff does not assert that the record was in fact sealed. Regardless, the statute referenced prohibits public authorities from disclosing such information. It does not prohibit the plaintiff from voluntarily producing such information that he is in possession or control of. Moreover, whether or not the information has relevance to the case at bar is a determination that the Court ultimately will have to make. Without having such information to begin with, that determination can never be made and it should not be a privilege of the plaintiff to unilaterally make decisions on admissibility and/or relevance.

DEFENDANTS, PLACE, NAJARIAN, LUGO,
JONES and KANELOPOULOS,
By their Attorney,

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499
EMAIL: mjc@olenn-penza.com

## RULE 37 CERTIFICATION

Pursuant to F.R.C.P. 37, defendant has in good faith conferred or attempted to confer with the person failing to make the discovery in an effort to secure the information or material without court action.

/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 15th day of October 2026, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Richard A. Sinapi, Esq.
Shannah M. Kurland, Esq.
2374 Post Road, Suite 201
Warwick, RI 02886

Jillian H. Barker, Esq.
Sr. Assistant City Solicitor
Steven Nelson, Esq.
Sr. Assistant City Solicitor
City of Providence
444 Westminster Street, Suite 220
Providence, RI 02903

/s/ Michael J. Colucci